# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

NICOLE D WILSON

      Plaintiff

  v.

                                    Civil Action No.  1:23-cv-337

LEAR CORPORATION

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other:  Judgment ENTERED in favor of the defendant Lear Corporation and against plaintiff Nicole D Wilson.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Damon R Leichty on Motion for Summary Judgment.

DATE: 10/3/2024                                      CHANDA J. BERTA, CLERK OF COURT

                                                                 by   s/A. Highlen_____
                                                                 *Signature of Clerk or Deputy Clerk*